# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JAMES MYRON MITCHELL and<br>LATISHA SHANA MENIFEE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HAMILTON COUNTY GOVERNMENT,<br>DANIEL WILKEY individually and in his<br>official capacity as Deputy Sheriff for<br>Hamilton County Government, and<br>BOBBY BREWER individually and in his<br>official capacity as Deputy Sheriff for<br>Hamilton County Government<br><br>    *Defendants*. | Case No. 1:19-cv-305<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## ORDER

On December 10, 2019, Chief United States District Judge Pamela L. Reeves temporarily granted Defendants Wilkey and Brewer's motion to stay the proceedings and ordered that this case be stayed for ninety days. (Doc. 14.) On January 6, 2020, this case and others related to it were reassigned to the undersigned. (Doc. 15.) For the sake of efficiency in managing this and the related cases, the stay on this case is hereby **LIFTED**. In addition, the Court **GRANTS IN PART AND DENIES IN PART** Defendants Wilkey and Brewer's motion for extension of time to respond to the complaint (Doc. 5). All Defendants are **ORDERED** to answer the complaint on or before **February 19, 2020**.

    SO ORDERED.

                                                      */s/ Travis R. McDonough*
                                                      **TRAVIS R. MCDONOUGH**
                                                      **UNITED STATES DISTRICT JUDGE**