UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES MYRON MITCHELL and LATISHA SHANA MENIFEE, | Case No. 1:19-cv-305 |
| *Plaintiffs*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT, DANIEL WILKEY individually and in his official capacity as Deputy Sheriff for Hamilton County Government, and BOBBY BREWER individually and in his official capacity as Deputy Sheriff for Hamilton County Government | |
| *Defendants*. | |

## JUDGMENT ORDER

This action came before the Court for a trial by jury. The jury rendered its verdict and found in favor of Defendants Hamilton County, Tennessee, Daniel Wilkey, and Bobby Brewer. (Doc. 648.) Pursuant to the jury's verdict, Plaintiff James Myron Mitchell shall take nothing from Defendants Hamilton County, Tennessee, Daniel Wilkey, and Bobby Brewer. The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT